ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Maria Guadalupe Corral

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE CORRAL, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. CV 20–04447-SK <br><br> ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

////

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND SIX-HUNDRED NINETY-EIGHT DOLLARS and FORTY-EIGHT CENTS ($3,698.48), as authorized by 28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: April 12, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE

1